UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WALTER S. SCOTT, | ) CV 98-1903-R (SH) |
| | ) |
| Petitioner, | ) ORDER ADOPTING |
| | ) REPORT AND RECOMMENDATION |
| | ) OF UNITED STATES |
| v. | ) MAGISTRATE JUDGE |
| | ) |
| ERNIE ROE, Warden | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Motion for Relief from Judgment, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that petitioner's Motion for Relief from Judgment is denied.

///

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order
2 Adopting, the Magistrate Judge's Report and Recommendation and the Order herein
3 by the United States mail on petitioner and counsel for respondent.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.
5 DATED:  Nov. 29, 2010

                                        _____
                                            MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE